PS 8
(12/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 15 2011**

JAMES R. LARSEN
DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.     Cameron Anthony Trevino     Docket No.     2:11CR00005-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Anne Sauther, pretrial services officer, presenting an official report upon the conduct of defendant, Cameron Anthony Trevino, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 25th day of March 2011, under the following conditions:

**Condition # 25:** The defendant shall participate in an intensive inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** Mr. Trevino is being unsuccessfully discharged from the inpatient treatment program for numerous violations of the rules or guidelines at American Behavioral Health Services (ABHS), which include being insulant and disrespectful toward the staff.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/15/2011

by     s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

06-15-201/

Date