PROB 12C
(7/93)

Report Date:  July 12, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Cameron Anthony Trevino      Case Number:  2:11CR00005-001

Address of Offender █████████████████ Omak, WA 98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence:  9/29/2011

Original Offense:      Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:     Prison - 16 Months;          Type of Supervision:  Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Matthew F. Duggan           Date Supervision Commenced:  4/20/2012

Defense Attorney:      Kathleen Moran              Date Supervision Expires:  4/19/2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence:** On July 9, 2013, the offender was named in a two-count criminal complaint in Colville Tribal Court for the Confederated Tribes of the Colville Reservation. Count 1 charges fraudulent credit card use, and alleges that from about April 9, 2012, to April 9, 2013, ". . . [the offender] used a Trading Post gas card that was loaded with money that was supposed to go into the till, while he was an employee of the Trading Post, or former employee of the same, and used this gas card without his employer's permission and authorization, thereby obtaining property or services that he was unauthorized to obtain." Count 2 charges theft, and alleges from about April 9, 2012, to April 9, 2013, ". . . [the offender] while employed by the Trading Post or as a former employee of the Trading Post, used one of at least three gas cards for his own personal use, with money that was supposed to go into the Trading Post's till not on the gas cards, while he was unauthorized to use these gas cards in such a way, thereby taking the property of the Trading Post without their permission."

Prob12C
**Re:  Trevino, Cameron Anthony**
**July 12, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    7/12/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

7/12/13
Date