PROB 12C
(7/93)

Report Date: May 19, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 20 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cameron Anthony Trevino        Case Number: 2:11CR00005-LRS-1

Address of Offender: ███████████████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 29, 2011

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 |
| Original Sentence: | Prison - 16 months; TSR - 36 months |
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | Robert R. Fischer |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 20, 2012

Date Supervision Expires: April 19, 2015

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

1        **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

   **Supporting Evidence**: On April 25, 2014, Mr. Trevino was named in a single count criminal complaint in Colville Tribal Court for the Confederated Tribes of the Colville Reservation. The single count charged Mr. Trevino with disobedience of a lawful court order (domestic violence). A subsequent warrant was issued on April 25, 2014. On May 8, 2014, Mr. Trevino was taken into custody on the aforementioned warrant. The Colville Tribal Court advised Mr. Trevino was arraigned on or about May 14, 2014, and has posted a $400 bail. Mr. Trevino's trial date is scheduled for July 10, 2014.

   According to the criminal complaint filed in Colville Tribal Court, on April 17 and 18, 2014, the offender willfully disobeyed a lawful court order, to wit, the Colville Tribal Court which granted Daniqua Stensgar a temporary restraining order preventing the offender from having contact with her in any manner. The Colville Tribal Prosecutor's Office provided photographs of the alleged text messages, which appeared to be derogatory in nature. The telephone number allegedly used to send Ms. Stensgar the aforementioned text messages is the number Mr. Trevino provided to the U.S. Probation Office.

Prob12C
Re: Trevino, Cameron Anthony
May 19, 2014
Page 2

| | |
|---|---|
| 2 and 3 | **Standard Condition # 3**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

**Supporting Evidence**: On April 18, 2014, this officer sent a letter to Mr. Trevino's post office box that directed him to report to the U.S. Probation Office on April 28, 2014. Mr. Trevino failed to report to the office as directed, nor did he contact this officer to reschedule the appointment.

**Supporting Evidence**: As of the date and time this report was submitted, Mr. Trevino has yet to submit a monthly supervision report for the month of May 2014.

| | |
|---|---|
| 4 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: As noted in violation #1, on May 8, 2014, Mr. Trevino was arrested by the Colville Tribal Police Department on a warrant issued by the Colville Tribal Court for disobedience of a lawful court order (domestic violence). It appears Mr. Trevino posted bail in that matter on or about May 14, 2014. As of the date and time this report was submitted, Mr. Trevino had not notified the undersigned of his arrest.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/19/2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/20/14
Date