PROB 12C
(7/93)

Report Date: July 14, 2014

## United States District Court

for the

### Eastern District of Washington



### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cameron Anthony Trevino                Case Number: 2:11CR00005-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 29, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison 16 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | April 20, 2012 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: | April 19, 2015 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 20, 2014.

The probation officer believes the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

5     **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On July 11, 2014, Mr. Trevino was arrested for first degree assault and first degree unlawful possession of a firearm in Spokane, Washington.

According to the incident report completed by the Spokane Police Department on July 11, 2014, officers responded to a call of a male exiting a car and running toward a residence where another male was standing. The male, who had exited the vehicle, pointed a gun at the male standing outside of the residence and began to waive the firearm around.

The responding officer contacted the alleged victim, who is an admitted member of the Deuce Avenue Crips and an associate of Mr. Trevino. Initially, the alleged victim claimed nothing happened; however, the alleged victim later admitted Mr. Trevino ran toward him with a silver handgun down at his side. When he was close enough, Mr. Trevino allegedly pointed the gun at the alleged victim's chest and told him he was going to kill him. When asked if the victim feared for his life, the alleged victim said he was more angry than

Prob12C
Re: Trevino, Cameron Anthony
July 14, 2014
Page 2

anything because he did not believe Mr. Trevino would pull the trigger.

As one of the responding officers proceeded to the scene, he observed Mr. Trevino run from an alleyway to meet up with Daniqua Stensgar. The officer contacted Mr. Trevino and Ms. Stensgar. Mr. Trevino appeared to be nervous and was holding his waist band of his pants, as if he were holding something in his waist band. During this contact, dispatch gave directions of another potential suspect, who later was determined to not be directly involved. As the officer checked on other individuals, Mr. Trevino fled on foot.

Another responding officer was able to locate and detain Mr. Trevino without incident. When asked why he ran from the officer, Mr. Trevino stated, "because I'm a convicted felon already." He went on to tell the officer his girlfriend, Daniqua Stensgar, is addicted to heroin and the alleged victim is her drug dealer. Mr. Trevino stated Ms. Stensgar was with the alleged victim earlier in the day looking for heroin, and offered him sex in exchange for the drug. The alleged victim reportedly videotaped his encounter with Ms. Stensgar and sent it to Mr. Trevino, which allegedly made Mr. Trevino very angry. Mr. Trevino repeatedly told police Ms. Stensgar "needs to be home with her babies." It should be noted, Mr. Trevino and Ms. Stensgar have two young children together.

As the investigation continued, another police officer located a loaded silver colored Smith and Wesson 9mm handgun in some weeds on the road where Mr. Trevino had fled from police. Mr. Trevino initially denied knowledge of this firearm. However, when the officer advised there was a witness and that he had just run through the area minutes before, Mr. Trevino said, "oh yeah" and hung his head, which led the officer to believe he had not fully thought out his statement and had been caught.

Prob12C
Re: Trevino, Cameron Anthony
July 14, 2014
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 14, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/15/14
Date