PROB 12C
(7/93)

Report Date: October 21, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 21 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cameron Anthony Trevino    Case Number: 2:11CR00005-LRS-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 29, 2011

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 |
| Original Sentence: | Prison: 16 months    Type of Supervision: Supervised Release |
|                    | TSR: 36 months |
| Asst. U.S. Attorney: | Matthew F. Duggan    Date Supervision Commenced: April 20, 2012 |
| Defense Attorney: | Robert R. Fischer    Date Supervision Expires: April 19, 2015 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 19, 2014, and July 16, 2014.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|   | **Supporting Evidence**: On October 15, 2014, Mr. Trevino was formally charged in Spokane County Superior Court with second degree escape; third degree assault on a law enforcement officer; and third degree assault. On October 17, 2014, Mr. Trevino made his initial appearance in Spokane County Superior Court related to the aforementioned charges, in which a $100,000 bond was ordered by that court. |

Prob12C
Re: Trevino, Cameron Anthony
October 21, 2014
Page 2

It should be noted, this alleged criminal conduct occurred on or about July 14, 2014, while Mr. Trevino was in the custody of the Spokane County Jail for pending state charges of second degree assault deadly weapon and second degree unlawful possession of a firearm, which was previously reported to the Court.

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 19, 2014, and July 16, 2014.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 21, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/21/14
Date