# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**DEC 18 2017**

**SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON**

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cameron Anthony Trevino | Case Number: 0980 2:11CR00005-LRS-1 |
| Address of Offender: | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 29, 2011

Original Offense: Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence: Prison - 16 months   Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence: Prison - 24 months
(03/05/2015)  TSR - 12 months

| | |
|---|---|
| Asst. U.S. Attorney: Matthew F. Duggan | Date Supervision Commenced: October 20, 2017 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: October 19, 2018 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 2, as noted above. |
| | Mr. Trevino violated his terms of supervised release by being arrested for the crime of assault IV domestic violence. |
| | On December 10, 2017, Omak Police Department report K17-4840 indicates Mr. Trevino was arrested and charged with assault IV domestic violence. Said report indicates law enforcement was contacted after it was observed that Mr. Trevino and his half brother, Cayden L. Latimer, were involved in an altercation. Mr. Latimer informed the arresting |

officer that Mr. Trevino became angry to learn of Mr. Latimer's recent drug use which led to the altercation and Mr. Trevino punching Mr. Latimer in the upper left arm. Mr. Trevino was subsequently arrested and probable cause was found to exist in this matter.

2  **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 9, as noted above.

Mr. Trevino violated his terms of supervised release by associating with an individual, Phillip C. Ruiz, a convicted felon on active Washington State Department of Corrections supervision, without the consent of his probation officer.

On December 10, 2017, Omak Police Department report K17-4840 indicates Mr. Trevino associated with Phillip C. Ruiz. On December 13, 2017, Mr. Trevino admitted to the undersigned that he associated with Phillip C. Ruiz without the consent of his probation officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/18/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/18/17
Date