PROB 12C
(6/16)

Report Date: June 11, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cameron Anthony Trevino      Case Number: 0980 2:11CR00005-LRS-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 29, 2011

Original Offense:        Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:       Prison - 16 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 24 months
March 5, 2015            TSR - 12 months

Asst. U.S. Attorney:     Matthew F. Duggan               Date Supervision Commenced: October 20, 2017

Defense Attorney:        John Stephen Roberts, Jr.       Date Supervision Expires: October 19, 2018

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 2, as noted above.<br><br>On June 7, 2018, charges of malicious mischief property-domestic violence were filed on Mr. Trevino in Spokane Municipal Court, thus placing him in violation of his conditions of supervised release, specifically mandatory condition number 2. The aforementioned charge is in reference to Spokane Police Department report 2018-20056006, which alleges Mr. Trevino attempted to kick in the door of his ex-girlfriend's apartment on March 25, 2018. |

Prob12C
Re: Trevino, Cameron Anthony
June 11, 2018
Page 2

4     **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer

**Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 2, as noted above.

On May 31, 2018, the undersigned spoke with Mr. Trevino via telephone in reference to his failure to appear in Okanogan County District Court for his pending fourth degree assault in which a warrant was issued. Mr. Trevino was informed that the undersigned was going to meet with him at his reported residence on June 1, 2018, in which Mr. Trevino acknowledged that he would be present. On June 1, 2018, the undersigned conducted a home visit at Mr. Trevino's reported residence in which nobody appeared to be present at this residence, and attempts to reach Mr. Trevino via telephone were unsuccessful. The undersigned's business card was placed in the door with an appointment instructing Mr. Trevino to report to the U.S. Probation Office on June 4, 2018.

On June 4, 2018, Mr. Trevino failed to report to the U.S. Probation Office as instructed, and he sent the undersigned a text message stating he had received the undersigned's business card, but that he currently was in Omak, Washington, "taking care" of his aforementioned warrant. It should be noted, the Okanogan County warrant remains active as of this writing.

5     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 3, as noted above.

On June 4, 2018, the undersigned spoke with Mr. Trevino via telephone. Mr. Trevino informed the undersigned that he was "taking care" of his active warrant in Okanogan County, and that his employer, Inside-N-Out Handwash, had him scheduled to work from June 5 to 7, 2018. On June 5, 2018, collateral contact with Inside-N-Out Handwash indicated that Mr. Trevino was no longer an employee at their establishment as of May 29, 2018.

On June 7, 2018, Mr. Trevino apologized to the undersigned for being dishonest about his employment status and that he was embarrassed to report that he was terminated.

6     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 6, as noted above.

On June 4, 2018, Mr. Trevino informed the undersigned that he was scheduled to work at Inside-N-Out Handwash from June 5 to 7, 2018. On June 5, 2018, collateral contact with

Prob12C
**Re: Trevino, Cameron Anthony**
**June 11, 2018**
Page 3

Inside-N-Out Handwash reported that Mr. Trevino was no longer an employee of their establishment as of May 29, 2018. On June 7, 2018, Mr. Trevino also admitted to the undersigned that he is no longer employed with Inside-N-Out Handwash, and that he did not inform the undersigned officer of his change in employment status.

7        **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence of these substances.

**Supporting Evidence**: On October 20, 2017, Mr. Trevino's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include special condition number 17, as noted above.

On June 7, 2018, during a search of Mr. Trevino's reported residence and vehicle, he admitted to the undersigned and another U.S. probation officer that he last used marijuana on approximately May 29, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2017, and that the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/11/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

06/11/2018

Date